IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN J. GIBOUT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2956

Opinion filed October 15, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

James R. Barnes of the Law Office of James R. Barnes, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the Order Denying Defendant's Pro Se Motion for Postconviction Relief in Escambia County Circuit Court case number 2010-CF-000403. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. See Fla. R. App. P. 9.141(c)(5)(D).

WETHERELL, ROWE, and RAY, JJ., CONCUR.